IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNON R. GOTTSCHALK,<br><br>                  Plaintiff,<br><br>vs.<br><br>HORNADY MANUFACTURING CO.,<br><br>                  Defendant. | **8:16CV146**<br><br>**JUDGMENT** |

Pursuant to Plaintiff's Motion to Dismiss Without Prejudice (Filing No. 40),

**IT IS ORDERED** that the above-captioned action is dismissed without prejudice, with each party to pay its own costs.

Dated this 25th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge